UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 25, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE
MARKETING AND SALES PRACTICES LITIGATION

| | | |
|---|---|---|
| Jerome Hart v. Bank of America Home Loans, Inc., | ) | |
| D. Massachusetts, C.A. No. 1:09-11096 | ) | MDL No. 1988 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE MARCH 25, 2010, HEARING SESSION

A conditional transfer order was filed in this action (*Hart*) on January 14, 2010. Prior to expiration of that order's 14-day stay of transmittal, the parties in *Hart* filed a joint notice of opposition to the proposed transfer. The Panel has now been advised that *Hart* was dismissed in the District of Massachusetts by the Honorable Rya W. Zobel in an order filed on February 18, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" filed on January 14, 2010, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 25, 2010, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel