UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEROME HART, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA HOME LOANS, INC. f/k/a COUNTRYWIDE HOME LOANS, INC. COUNTRYWIDE BANK, N.A. d/b/a America's Wholesale Lender, <br><br> Defendant. | CASE NO. 09-11096-RWZ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Jerome Hart hereby stipulates and agrees that this proceeding shall be dismissed with prejudice and without costs or attorneys' fees, with plaintiff waiving his right of appeal.

Respectfully Submitted,

Jerome Hart
By his attorneys,

/s/ Gary Klein
Gary Klein BBO # 560769
Shennan Kavanagh BBO # 655174
RODDY KLEIN & RYAN
727 Atlantic Ave., 2nd floor
Boston, MA  02111
Tel. 617-357-5500 x 15
Fax. 617-357-5030
klein@roddykleinryan.com

<div style="margin-left: 40%;">
Andrew S. Friedman (admitted *pro hac vice*)
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Tel. 602-274-1100

*Attorneys for the Plaintiff*
</div>

Dated: March 16, 2010

## CERTIFICATE OF SERVICE

    I, Gary Klein, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to the non-registered participants by first class mail, postage prepaid, on March 16, 2010.

<div style="margin-left: 40%;">
/s/ Gary Klein
Gary Klein
</div>